United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA C. ROBLEDO, PHD. RW.,<br>Plaintiff,<br>v.<br>HEALTH PLAN OF SANTA CLARA HMO INSURANCE,<br>Defendant. | Case No. 26-cv-05665-EKL<br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br>Re: Dkt. No. 7 |

Self-represented Plaintiff Priscilla C. Robledo filed this action and an application to proceed *in forma pauperis* on June 11, 2026. ECF Nos. 1 ("Complaint"), 3 ("IFP Application"). Magistrate Judge DeMarchi denied the IFP application without prejudice because Plaintiff failed to demonstrate that she is unable to pay the filing fee. ECF No. 4. Judge DeMarchi notified Plaintiff that if she did not resubmit an IFP application or pay the filing fee by July 6, 2026, the case would be "reassigned to a district judge with a recommendation that the case be dismissed." *Id*. That deadline was missed, and mail sent to Plaintiff's last known address was returned as undeliverable. ECF No. 5. Judge DeMarchi ordered Plaintiff to show cause by July 24, 2026, why the case should not be dismissed. ECF No. 6. That deadline was missed, too.

Now before the Court is Judge DeMarchi's report and recommendation to dismiss this case without prejudice for failure to prosecute and failure to comply with court orders. Objections were due August 12, 2026, but the Court has not received any. Indeed, Plaintiff has not filed anything in this case since it was opened on June 11, 2026. Accordingly, the court finds the report correct, well-reasoned, and thorough, and adopts it in every respect. This case is DISMISSED without prejudice for failure to prosecute and failure to follow court orders.

**IT IS SO ORDERED.**

Dated: August 19, 2026

Eumi K. Lee
United States District Judge